```
UNITED HEALTHCARE INSURANCE COMPANY                        PAYER CONTACT:  GREENSBORO SERVICE CENTER
P O BOX 740800                                             PHONE:          (877)842-3210
ATLANTA, GA 30374-0800

REDOAK HOSPITAL                                            NPI:
17400 RED OAK DR                                           NON-PAYMENT:    QK92682221
HOUSTON, TX 77090-0000                                     CHECK DATE:     05/08/2014
                                                           PRODUCTION DATE: 05/08/2014              .

PROV      SERV DATE    POS  NOS  PROC   MODS    BILLED      ALLOWED     DEDUCT      COINS      GRP/RC-AMT       PROV PD

                                         ACT:299506B                   ICN:4527034565
                                                                       0010852561
GRP/POL NUM: 700660
          1220 122013  131  1    0500         660.70      660.70       0.00        0.00      PI-45   3480.18       0.00
                                                                                             PI-94  -2819.48
          1220 122013  131  0    0500         512.48      512.48       0.00        0.00      PI-97    512.48       0.00
          1220 122013  131  0    0500        1782.00     1782.00       0.00        0.00      PI-97   1782.00       0.00
          1220 122013  131  0    0500         525.00      525.00       0.00        0.00      PI-97    525.00       0.00
          1220 122013  131  1    0489        9908.92     4532.11       0.00     1812.84      PI-45   5376.81    2719.27
          1220 122013  131  1    0489        3598.47     3598.47       0.00     1439.39                          2159.08
PT RESP  3252.23                 CLAIM TOTALS 16987.57   11610.76      0.00     3252.23              8856.99    4878.35
ADJ TO TOTALS:             PREV PD   0.00     INTEREST  0.00      LATE FILING CHARGE   0.00          NET        4878.35

                                         ACT:288606B                   ICN:4527034548
                                                                       0129746404
GRP/POL NUM: 722266
          0110 011014  131  1    96374        660.70      660.70       0.00        0.00      PI-45   3480.18       0.00
                                                                                             PI-94  -2819.48
          0110 011014  131  0    78808        512.48      512.48       0.00        0.00      PI-97    512.48       0.00
          0110 011014  131  0    A9502       1782.00     1782.00       0.00        0.00      PI-97   1782.00       0.00
          0110 011014  131  0    J7050        525.00      525.00       0.00        0.00      PI-97    525.00       0.00
          0110 011014  131  1    78452       9908.92      456.23     456.23        0.00      PI-45   9452.69       0.00
          0110 011014  131  1    93015       3598.47     3598.47     108.77      697.94                          2791.76
          0110 011014  131  1    93922       4667.00     4667.00       0.00      933.40                          3733.60
PT RESP  2196.34                 CLAIM TOTALS 21654.57   12201.88    565.00     1631.34             12932.87    6525.36
ADJ TO TOTALS:             PREV PD   0.00     INTEREST  0.00      LATE FILING CHARGE   0.00          NET        6525.36

                                         ACNT:2441.001                 ICN:4526763380
                                                                       0044817346
GRP/POL NUM: 751924
          0312 031214  131  3    27096 LT  14872.48     7486.63    1683.76      870.43      PI-45  33448.33    4932.44
                                                                                             PI-94 -26062.4
                                                                                                          8
          0312 031214  131  0    27096 LT  14872.48    14872.48       0.00        0.00      PI-97  14872.48       0.00
          0312 031214  131  0    27096 LT  11190.00    11190.00       0.00        0.00      PI-97  11190.00       0.00
          0312 031214  131  1    36000        402.00      680.41       0.00      102.06      PI-94   -278.41      578.35
          0312 031214  131  0    36000        278.41      278.41       0.00        0.00      PI-97    278.41       0.00
PT RESP  2656.25                 CLAIM TOTALS 41615.37   34507.93   1683.76      972.49             33448.33    5510.79
ADJ TO TOTALS:             PREV PD   0.00     INTEREST  0.00      LATE FILING CHARGE   0.00          NET        5510.79

                                         ACNT:2562.001                 ICN:4526763377
                                                                       0129844858
GRP/POL NUM: 722266
          0318 031814  131  1    80048       1119.00     1119.00       0.00        0.00      PI-45  27461.00       0.00
                                                                                             PI-94 -26342.0
                                                                                                          0
          0318 031814  131  0    85025        516.00      516.00       0.00        0.00      PI-97    516.00       0.00
          0318 031814  131  0    85730        558.00      558.00       0.00        0.00      PI-97    558.00       0.00
          0318 031814  131  0    75625      21342.00    21342.00       0.00        0.00      PI-97  21342.00       0.00
          0318 031814  131  0    G0269       3926.00     3926.00       0.00        0.00      PI-97   3926.00       0.00
          0318 031814  131  1    93458      77444.73    14040.90       0.00     1404.09      PI-45  63403.83   12636.81
          0318 031814  131  1    93458       1086.27     2674.27       0.00        0.00      PI-94  -1588.00    2674.27
          0318 031814  131  1    93458        192.00      192.00       0.00        0.00      PI-97    192.00       0.00
          0318 031814  131  0    93458        586.00      586.00       0.00        0.00      PI-97    586.00       0.00
          0318 031814  131  0    93458        810.00      810.00       0.00        0.00      PI-97    810.00       0.00
PT RESP  1404.09                 CLAIM TOTALS 107580.00  45764.17      0.00     1404.09             90864.83   15311.08
ADJ TO TOTALS:             PREV PD   0.00     INTEREST  0.00      LATE FILING CHARGE   0.00          NET       15311.08

                                         ACT:299646B                   ICN:4527034553
                                                                       0129808330
GRP/POL NUM: 722266
          0205 020514  131  1    93306      12644.97     3457.70       0.00     1728.85      PI-45   9187.27    1728.85
PT RESP  1728.85                 CLAIM TOTALS 12644.97    3457.70      0.00     1728.85              9187.27    1728.85
ADJ TO TOTALS:             PREV PD   0.00     INTEREST  0.00      LATE FILING CHARGE   0.00          NET        1728.85

                                         ACT:289280B                   ICN:4527034560
                                                                       0093672427
GRP/POL NUM: 182019
          0110 011014  131  1    43239       8448.00     8448.00       0.00        0.00      PI-45   8448.00       0.00
          0110 011014  131  1    45380      10710.00     5683.86    2000.00     1473.54      PI-45   5026.14    2210.32
PT RESP  3473.54                 CLAIM TOTALS 19158.00   14131.86   2000.00     1473.54             13474.14    2210.32
ADJ TO TOTALS:             PREV PD   0.00     INTEREST  0.00      LATE FILING CHARGE   0.00          NET        2210.32
       TOTALS:      # OF CLAIMS  BILLED AMT   ALLOWED AMT   DEDUCT AMT   COINS AMT    RC-AMT       PROV PAID    PROV ADJ      CHECK AMT
                         6        219640.48    121674.30    4248.76     10462.54     168764.43    36164.75     36164.75       0.00

PROVIDER ADJ DETAILS:        PLB REASON CODE    FCN                HIC              AMOUNT
                             FB                 QK92682080                          27757.12
                             FB                 QK92682221                         -48720.21
                             WO                 20130828 273592A                    28091.62
                             WO                 20130909 276211A                    29036.22


GLOSSARY:         Adjustment, Group, Reason, MOA, and Remark codes
PI-               Payor initiated reductions. In the opinion of the payer, the adjustment is not the responsibility of the patient,
                  but no supporting contract exists between the provider and the payer.
```

```
UNITED HEALTHCARE INSURANCE COMPANY                           PAYER CONTACT:   GREENSBORO SERVICE CENTER
P O BOX 740800                                                PHONE:           (877)842-3210
ATLANTA, GA 30374-0800

REDOAK HOSPITAL                                               NPI:             1114293701
17400 RED OAK DR                                              NON-PAYMENT:     QK92682221
HOUSTON, TX 77090-0000                                        CHECK DATE:      05/08/2014
                                                              PRODUCTION DATE: 05/08/2014
```

| PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|------|-----------|-----|-----|------|------|--------|---------|--------|-------|------------|---------|

97       The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated. Note: Refer to the 835 Healthcare Policy Identification Segment (loop 2110 Service Payment Information REF), if present.
45       Charge exceeds fee schedule/maximum allowable or contracted/legislated fee arrangement.
94       Processed in Excess of charges.