United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 30557
SALT LAKE CITY, UT 84130-0557
PHONE: 1-877-842-3210



DATE: 05/08/14

GROUP NUMBER: 0722266
GROUP NAME: AT&T CUSTOMCARE NETWORK
CHECK NUMBER: QK 92682221
CHECK AMOUNT: $0.00

REDOAK HOSPITAL
REDOAK HOSPITAL
17400 RED OAK DR
HOUSTON, TX 77090

# PROVIDER EXPLANATION OF BENEFITS

**PATIENT:**

| MEMBER NAME: | | CONTROL NUMBER: | 452676337701 |
|---|---|---|---|
| MEMBER ID: | | DATE RECEIVED: | 04/17/14 |
| PRODUCT: | CHOYC+ | PROVIDER OF SERVICE: | REDOAK HOSPITAL |
| PATIENT ACCOUNT: | 2562.001 | | |

| DATE(S) OF SERVICE | REV CODE SUB/ ADJ | CPT-HCPCS SUB/ADJ | MOD SUB/ ADJ | UNITS SUB / ADJ | AMOUNT CHARGED | AMOUNT ALLOWED | ADJ AMOUNT | GRP CODE | CLAIM ADJ RSN CODE | APC/ OPG GRP CD | APC SI | APC RC | OCE EDIT CD | PAID TO PROVIDER | REMARK/ NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/18/14 | 0300 / 0500 | 80048 | | 1 | $1,119.00 | | $27,461.00 -$26,342.00 | PI PI | 45 94 | | | | | $0.00 | CY |
| 03/18/14 | 0300 / 0500 | 85025 | | 1 | $516.00 | | $516.00 | PI | 97 | | | | | $0.00 | CY |
| 03/18/14 | 0300 / 0500 | 85730 | | 1 | $558.00 | | $558.00 | PI | 97 | | | | | $0.00 | CY |
| 03/18/14 | 0320 / 0500 | 75625 | | 2 | $21,342.00 | | $21,342.00 | PI | 97 | | | | | $0.00 | CY |
| 03/18/14 | 0450 / 0500 | G0269 | | 1 | $3,926.00 | | $3,926.00 | PI | 97 | | | | | $0.00 | CY |
| 03/18/14 | 0480 / 0500 | 93458 | | 1 | $77,444.73 | $14,040.90 | $63,403.83 $1,404.09 | PI PR | 45 2 | | | | | $12,636.81 | |
| 03/18/14 | 0480 / 0500 | 93458 | | 1 | $1,086.27 | $2,674.27 | -$1,588.00 | PI | 94 | | | | | $2,674.27 | |
| 03/18/14 | 0636 / 0500 | J2001 / 93458 | | 1 | $192.00 | | $192.00 | PI | 97 | | | | | $0.00 | |
| 03/18/14 | 0636 / 0500 | J2250 / 93458 | | 1 | $586.00 | | $586.00 | PI | 97 | | | | | $0.00 | |
| 03/18/14 | 0636 / 0500 | J7030 / 93458 | | 2 | $810.00 | | $810.00 | PI | 97 | | | | | $0.00 | |
| CONTROL # 452676337701 SUBTOTAL: | | | | | $107,580.00 | $16,715.17 | $92,268.92 | | | | | | | $15,311.08 | |
| | | | | | | CLAIM TOTAL PATIENT RESPONSIBILITY | | | | | | | | $1,404.09 | |

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 30557
SALT LAKE CITY, UT 84130-0557
PHONE: 1-877-842-3210

![UnitedHealthcare - A UnitedHealth Group Company]

DATE: 05/08/14

GROUP NUMBER: 0722266
GROUP NAME: AT&T CUSTOMCARE NETWORK
CHECK NUMBER: QK 92682221
CHECK AMOUNT: $0.00

REDOAK HOSPITAL
REDOAK HOSPITAL
17400 RED OAK DR
HOUSTON, TX 77090

# PROVIDER EXPLANATION OF BENEFITS

**MEMBER NAME:**
**MEMBER ID:**
**PRODUCT:** CHOYC+
**PATIENT ACCOUNT:** 299646B

**CONTROL NUMBER:** 452703455301
**DATE RECEIVED:** 04/18/14
**PROVIDER OF SERVICE:** REDOAK HOSPITAL

| DATE(S) OF SERVICE | REV CODE SUB/ADJ | CPT-HCPCS SUB/ADJ | MOD SUB/ADJ | UNITS SUB/ADJ | AMOUNT CHARGED | AMOUNT ALLOWED | ADJ AMOUNT | GRP CODE | CLAIM ADJ RSN CODE | APC/OPG GRP CD | APC SI | APC RC | OCE EDIT CD | PAID TO PROVIDER | REMARK/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/05/14 | 0483 / 0489 | 93306 | | 1 | $12,644.97 | $3,457.70 | $9,187.27<br>$1,728.85 | PI<br>PR | 45<br>2 | | | | | $1,728.85 | |
| CONTROL # 452703455301 SUBTOTAL: | | | | | $12,644.97 | $3,457.70 | $10,916.12 | | | | | | | $1,728.85 | |
| | | | | | | CLAIM TOTAL PATIENT RESPONSIBILITY | | | | | | | | $1,728.85 | |

REMARKS:
(CY)    THIS PAYMENT HAS BEEN REDUCED BY THE AMOUNT THAT IS ABOVE THE ELIGIBLE EXPENSE AMOUNT FOR OUT-OF-NETWORK SERVICES UNDER YOUR PLAN IN YOUR
        AREA.  IF YOU ARE BILLED FOR AN AMOUNT ABOVE THE ELIGIBLE AMOUNT, PLEASE CALL VIANT DIRECTLY AT 1-800-598-6888.
(#)     PAYMENT OF BENEFITS HAS BEEN MADE IN ACCORDANCE WITH THE TERMS OF THE MANAGED CARE SYSTEM.

\* \* \* \* \*   C L A I M ( S )   S U B J E C T   T O   A U D I T   \* \* \* \* \*

UNITEDHEALTHCARE IS IMPROVING SERVICE TO YOU BY ADOPTING ELECTRONIC PAYMENTS & STATEMENTS (EPS) AS A STANDARD WAY TO PAY CLAIMS. EPS WILL DRAMATICALLY REDUCE THE TIME AND EFFORT YOUR ORGANIZATION SPENDS ON ADMINISTERING PAPER CHECKS AND EXPLANATION OF BENEFITS.  GET A HEAD START AND ENROLL TODAY BY SELECTING THE ELECTRONIC PAYMENTS & STATEMENTS LINK FOUND ON THE  HOME PAGE WWW.UNITEDHEALTHCAREONLINE.COM OR CONTACT US AT 1-866-UHC-FAST (1-866-842-3278), OPTION 5.  FOR MORE INFORMATION ABOUT OUR FREE OR LOW COST SOLUTIONS FOR SUBMITTING CLAIMS ELECTRONICALLY TO UNITEDHEALTHCARE AND OTHER PAYERS, PLEASE CONTACT US TOLL FREE AT 1-800-842-1109, OPTION 3.

<mark>Case 4:16-cv-01542 Document 7-2 Filed in TXSD on 07/12/16 Page 3 of 4</mark>

```
11-274*04*000007-PM-14128-120*C07ASOJPMCTOPS
                 316-EOB
```

United HealthCare Services, Inc.
GREENSBORO SERVICE CENTER
PO BOX 30557
SALT LAKE CITY, UT 84130-0557
PHONE: 1-877-842-3210



DATE: 05/08/14

GROUP NUMBER: 0722266
GROUP NAME: AT&T CUSTOMCARE NETWORK
CHECK NUMBER: QK 92682221
CHECK AMOUNT: $0.00

REDOAK HOSPITAL
REDOAK HOSPITAL
17400 RED OAK DR
HOUSTON, TX 77090

# PROVIDER EXPLANATION OF BENEFITS

| MEMBER NAME: | | CONTROL NUMBER: | 452703454801 |
|---|---|---|---|
| MEMBER ID: | | DATE RECEIVED: | 04/18/14 |
| PRODUCT: | CHOYC+ | PROVIDER OF SERVICE: | REDOAK HOSPITAL |
| PATIENT ACCOUNT: | 288606B | | |

| DATE(S) OF SERVICE | REV CODE SUB/ADJ | CPT-HCPCS SUB/ADJ | MOD SUB/ADJ | UNITS SUB/ADJ | AMOUNT CHARGED | AMOUNT ALLOWED | ADJ AMOUNT | GRP CODE | CLAIM ADJ RSN CODE | APC/OPG GRP CD | APC SI | APC RC | OCE EDIT CD | PAID TO PROVIDER | REMARK/NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/14 | 0269 / 0500 | 96374 | | 1 | $660.70 | | $3,480.18 | PI | 45 | | | | | $0.00 | CY |
| | | | | | | | -$2,819.48 | PI | 94 | | | | | | |
| 01/10/14 | 0269 / 0500 | 78808 | | 1 | $512.48 | | $512.48 | PI | 97 | | | | | $0.00 | CY |
| 01/10/14 | 0270 / 0500 | A9502 | | 1 | $1,782.00 | | $1,782.00 | PI | 97 | | | | | $0.00 | CY |
| 01/10/14 | 0636 / 0500 | J7050 | | 1 | $525.00 | | $525.00 | PI | 97 | | | | | $0.00 | CY |
| 01/10/14 | 0480 / 0489 | 78452 | | 1 | $9,908.92 | $456.23 | $9,452.69 | PI | 45 | | | | | $0.00 | |
| | | | | | | | $456.23 | PR | 1 | | | | | | |
| 01/10/14 | 0482 / 0489 | 93015 | | 1 | $3,598.47 | $3,598.47 | $108.77 | PR | 1 | | | | | $2,791.76 | |
| | | | | | | | $697.94 | PR | 2 | | | | | | |
| 01/10/14 | 0920 / 0489 | 93922 | | 1 | $4,667.00 | $4,667.00 | $933.40 | PR | 2 | | | | | $3,733.60 | |
| CONTROL # 452703454801 SUBTOTAL: | | | | | $21,654.57 | $8,721.70 | $15,129.21 | | | | | | | $6,525.36 | |
| | | | | | | CLAIM TOTAL PATIENT RESPONSIBILITY | | | | | | | | $2,196.34 | |

128PROVEA30011001-0027-084

STD - EOB

United HealthCare Services, Inc.
P O BOX 740800
ATLANTA, GA 30374-0800
PHONE: 1-877-842-3210

**UnitedHealthcare**
A UnitedHealth Group Company

REDOAK HOSPITAL
REDOAK HOSPITAL
17400 RED OAK DR
HOUSTON, TX 77090

DATE: 05/08/14
TIN: ████
NPI:
CHECK NUMBER: QK 92682221
CHECK AMOUNT: $0.00

# PROVIDER EXPLANATION OF BENEFITS

## OVERPAYMENT REDUCTION DETAILS

| MEMBER LAST NAME | PATIENT FIRST NAME | MEMBER ID# | PATIENT ACCT# | POLICY NUMBER | CLAIM/CONTROL# | DATE(S) OF SERVICE | ORIGINAL OVERPAYMENT AMOUNT | PREVIOUSLY DEDUCTED | OVERPAYMENT DEDUCTED |
|---|---|---|---|---|---|---|---|---|---|
| ████ | | XXXXX9131 | 259232A | 0268272 | 0423871460101 | 05/02/13 | $34,718.33 | $32,733.47 | -$1,984.86 |
| | | XXXXX4719 | 273592A | 0729831 | 0426412556301 | 08/28/13 | $28,091.62 | | -$5,143.67 |
| | | XXXXX1471 | 276211A | 04P9289 | 0428148531501 | 09/09/13 | $29,036.22 | | -$29,036.22 |
| THIS REPRESENTS PREVIOUS BENEFITS THAT WERE PAID IN ERROR | | | | | | | TOTAL DEDUCTIONS | | -$36,164.75 |
| | | | | | | | TOTAL PAID TO THE PROVIDER | | $0.00 |

REMARKS::

THE AMOUNT PAYABLE FOR THIS EXPLANATION OF BENEFITS HAS BEEN USED TO REDUCE AN OVERPAYMENT MADE ON THE GIVEN CLAIM(S).  PLEASE ADJUST YOUR PATIENT ACCOUNT BALANCE ACCORDINGLY.