# REGISTRATION
## FACILITY: REDOAK HOSPITAL, 17400 Red Oak Dr, Houston, Tx Tel: (281)919-1712 Fax:(832)446-9661

Date 3-18-14  Home Phone ▓▓▓  Work Phone ▓▓▓  Email ▓▓▓
Patient Last Name ▓▓▓  First Name ▓▓▓
Street Address ▓▓▓
City Spring  State Texas  Zip 77373
Sex ☒M ☐F  Age ▓  Birth date ▓▓▓  ☐Single ☒Married ☐Widowed ☐Separated ☐Divorced
Social Security # ▓▓▓  Driver's License # ▓▓▓
Insured Name ▓▓▓  How and where did you learn about this Hospital ▓▓▓
   Last Name   First Name   Initial
Relationship To Insured  ☐Self  ☐Spouse  ☐Child  ☐Other
Condition/ Illness Related To  ☐Illness  ☐Employment  ☐Auto  ☐Other

| | | |
|---|---|---|
| **EMPLOYER** | Company Name AT&T | Occupation outside Tech |
| | Address Laredo St.  Phone ___  ☐Full-time  ☐Part-time | |
| | City Houston  State TX  Zip ___  Years Employed 40 | |
| **INSURED INFORMATION** | Name ___ Birthdate ___ SSN: ___ | |
| | Last Name  First Name  Initial | |
| | Employer Na ▓▓▓  Years Employed ___ | |
| | Address ▓▓▓ Phone ___ Occupation ___ | |
| | City ___ State ___ Zip ___ ☐Full-time ☐Part-time | |
| **PATIENT INSURANCE INFORMATION** | Please list any and all insurance and/or employee health care plan coverage you or your spouse may have | |
| | Insurance Company or Health Care Plan Name United Health care | |
| | Policy/Group #: ___  Effective Date: ___ | |
| | Name of Insured: ▓▓▓  ID #: ___ | |
| **SPOUSE COINSURANCE INFORMATION** | Please list any and all coinsurance and/or employee health care plan coverage you or your spouse may have | |
| | Insurance Company or Health Care Plan Name ___ | |
| | Policy/Group #: ▓▓▓  Effective Date: ___ | |
| | Name of Insured: ▓▓▓  ID #: ___ | |
| **MEDICAL AND LEGAL INFORMATION** | Are your present symptoms or conditions related to or the result of an auto accident, work-related injury or other personal injury someone else might be legally liable for? ☐Yes ☒No  Your Initials: PFN | |
| | If you answered yes, please fill out accident specific form, available at the front desk. | |
| | Pregnant ☐Yes ☐No  Pacemaker ☐Yes ☐No  Family Physician ___ | |
| | Person to contact in emergency (Name and Phone #) ___ | |
| | Attorney ___  Telephone: ___ | |
| | Address ___ | |
| **Patient Agreement & Authorization For The Release Of Medical And Health Plan Documents For The Claims Processing & Reimbursement As Required by Federal and State Laws** | **Legal Assignment Of Benefits And Designation Of Authorized Representative** In considering the amount of medical expenses to be incurred, I, the undersigned, have insurance and/or employee health care benefits coverage with the above captioned, and hereby assign and convey directly to the above named healthcare provider(s), as my designated Authorized Representative(s), all medical benefits and/or insurance reimbursement, if any, otherwise payable to me for services rendered from such provider(s), regardless of such provider's managed care network participation status. I understand that I am financially responsible for all charges regardless of any applicable insurance or benefit payments. I hereby authorize the above named provider(s) to release all medical information necessary to process my claims under HIPAA. I hereby authorize any plan administrator or fiduciary, insurer and my attorney to release to such provider(s) any and all plan documents, insurance policy and/or settlement information upon written request from such provider(s) in order to claim such medical benefits, reimbursement or any applicable remedies. I authorize the use of this signature on all my insurance and/or employee health benefits claim submissions. I hereby convey to the above named provider(s), to the full extent permissible under the law and under any applicable employee group health plan(s), insurance policies or liability claim, any claim, chose in action, or other right I may have to such group health plans, health insurance issuers or tortfeasor insurer(s) under any applicable insurance policies, employee benefits plan(s) or public policies with respect to medical expenses incurred as a result of the medical services I received from the above named provider(s), and to the full extent permissible under the law ___ benefits, settlement, insurance reimbursement and any applicable reme___ information about the claim to the same extent as the assignor; (2) sub___ or law; (4) making any request, or giving, or receiving any notice about judicial actions by such provider(s) to pursue such claim, chose in ac___ group health plan(s), including, if necessary, bring suit by such prov___ group health plan in my name with derivative standing but at such prov___ is valid for all administrative and judicial reviews under PPACA, ERISA ___ applicable federal or state laws. A photocopy of this assignment is to be considered as valid as the original. I have read and fully understand this agreement. | |
| | LOC: OH  ADMIT: 03/18/14  ADM: SOKHON KOZHAYA  MR# 100304  VISIT #: 2562 | |
| | ▓▓▓  3-18-14 | |
| | Signature of Insured / Guardian  Date | |

# REGISTRATION

**FACILITY: REDOAK HOSPITAL**, 17400 RedOak Dr, Houston, Tx Tel: (281)919-1712 Fax:(832)446-8961

Date 2-5-14  cell
Home Phone ▮▮▮   Work Phone ▮▮▮   Email ▮▮▮
Patient Last Name ▮▮▮   First Name ▮▮▮   Initial D
Street Address ▮▮▮
City Houston   State TX   Zip 77067
Sex (M) F   Age ▮   Birth date ▮▮▮   Single (Married) Widowed Separated Divorced
Social Security # ▮▮▮   Driver's License # ▮▮▮
Insured Name ▮▮▮   How and where did you learn about this Hospital? ___
Relationship To Insured: Self   Spouse   Child   Other
Condition/ Illness Related To: Illness   Employment   Auto   Other

| | | |
|---|---|---|
| **EMPLOYER** | Company Name ___ Address Retired City ___ State ___ Zip ___ | Occupation ___ Phone ___ Full-time  Part-time Years Employed ___ |
| **SPOUSE (PARENT)** | Name ▮▮▮ Employer Name Qualito Address ___ Phone ___ City ___ State ___ Zip ___ | Birthdate ▮▮▮  SSN: ▮▮▮ Years Employed ___ Occupation ___ Full-time  Part-time |
| **PATIENT INSURANCE INFORMATION** | Please list any and all insurance and/or employee health care plan coverage you or your spouse may have<br>Insurance Company or Health Care Plan Name United Health Care<br>Policy/Group #: 722266   Effective Date: ___<br>Name of Insured: ▮▮▮   ID #: 845-777754 | |
| **SPOUSE COINSURANCE INFORMATION** | Please list any and all coinsurance and/or employee health care plan coverage you or your spouse may have<br>Insurance Company or Health Care Plan Name ___<br>Policy/Group #: ___   Effective Date: ___<br>Name of Insured: ___   ID #: ___ | |
| **MEDICAL AND LEGAL INFORMATION** | Are your present symptoms or conditions related to or the result of an auto accident, work-related injury or other personal injury <u>someone else might be legally liable for</u>? ☐ Yes ☐ No  Your Initials: ___<br>If you answered yes, please fill out accident specific form, available at the front desk.<br>Pregnant  Yes  (No)    Pacemaker  Yes  (No)   Family Physician ▮▮▮<br>Person to contact in emergency (Name and Phone #) ▮▮▮<br>Attorney ___   Telephone: ___<br>Address ___ | |
| **Patient Agreement & Authorization For The Release Of Medical And Health Plan Documents For The Claims Processing & Reimbursement As Required by Federal and State Laws** | **Legal Assignment Of Benefits And Designation Of Authorized Representative**<br>In considering the amount of medical expenses to be incurred, I, the undersigned, have insurance and/or employee health care benefits coverage with the above captioned, and hereby assign and convey directly to the above named healthcare provider(s), <u>as my designated Authorized Representative(s)</u>, all medical benefits and/or insurance reimbursement, if any, otherwise payable to me for services rendered from such provider(s), regardless of such provider's managed care network participation status. I understand that I am financially responsible for all charges regardless of any applicable insurance or benefit payments. <u>I hereby authorize the above named provider(s) to release all medical information necessary to process my claims under HIPAA.</u> I hereby authorize any plan administrator or fiduciary, insurer and my attorney to release to such provider(s) any and all plan documents, insurance policy and/or settlement information upon written request from such provider(s) in order to claim such medical benefits, reimbursement or any applicable remedies. I authorize the use of this signature on all my insurance and/or employee health benefits claim submissions.<br>I hereby convey to the above named provider(s), to the full extent permissible under the law and under any applicable employee group health plan(s), insurance policies or liability claim, any claim, chose in action, or other right I may have to such group health plans, health insurance issuers or tortfeasor insurer(s) under any applicable insurance policies, employee benefits plan(s) or public policies with respect to medical expenses incurred as a result of the medical services I received from the above named provider(s), and to the full extent permissible under the law to claim or lien such medical benefits, settlement, insurance reimbursement and any applicable ... information about the claim to the same extent as the assignor; (2) ... 2014-02-05 ... or law; (4) making any request, or giving, or receiving any notice ... R196047 ... judicial actions by such provider(s) to pursue such claim, chose ... 1952-08-19 ... 291627 ... group health plan(s), including, if necessary, bring suit by such group health plan in my name with derivative standing but at such ... is valid for all administrative and judicial reviews under PPACA, I ... photocopy of this assignment is to be considered as valid as the original. I have read and fully understand this agreement.<br>▮▮▮   2-5-14<br>Signature of Insured / Guardian   Date | |

# REGISTRATION

**FACILITY: REDOAK HOSPITAL**, 17400 RedOak Dr, Houston, Tx Tel: (281)919-1712 Fax:(832)446-9661

Date 1-8-14   Home Phone _____   Work Phone _____   Email _____
Patient Last Name _____   First Name _____   Initial _____
Street Address _____
City Spring   State Texas   Zip 77388
Sex ☒M ☐F   Age ___   Birth date _____   ☐Single ☒Married ☐Widowed ☐Separated ☐Divorced
Social Security # _____   Driver's License # _____
Insured Name _____   How and where did you learn about this Hospital _____
   Last Name   First Name   Initial
Relationship To Insured   ☐Self   ☒Spouse   ☐Child   ☐Other
Condition/Illness Related To   ☐Illness   ☐Employment   ☐Auto   ☐Other

Company Name _____   Phone _____   Occupation _____   ☐Full-time ☐Part-time
Address _____
City _____   State _____   Zip _____   Years Employed _____

Name _____   Birthdate _____   SSN: _____
   Last Name   First Name   Initial
Employer Name _____   Years Employed _____
Address _____   Phone _____   Occupation _____
City _____   State _____   Zip _____   ☐Full-time ☐Part-time

Please list any and all insurance and/or employee health care plan coverage you or your spouse may have
Insurance Company or Health Care Plan Name **United Health Care**
Policy/Group #: **722260**   Effective Date: _____
Name of Insured: _____   ID #: **844198299**

Please list any and all coinsurance and/or employee health care plan coverage you or your spouse may have
Insurance Company or Health Care Plan Name _____
Policy/Group #: _____   Effective Date: _____
Name of Insured: _____   ID #: _____

Are your present symptoms or conditions related to or the result of an auto accident, work-related injury or other personal injury someone else might be legally liable for? ☐Yes ☒No   Your Initials: _____
If you answered yes, please fill out accident specific form, available at the front desk.
Pregnant ☐Yes ☐No   Pacemaker ☐Yes ☐No   Family Physician _____
Person to contact in emergency (Name and Phone #) _____   Telephone: _____
Attorney _____
Address _____

**Legal Assignment Of Benefits And Designation Of Authorized Representative**
In considering the amount of medical expenses to be incurred, I, the undersigned, have insurance and/or employee health care benefits coverage with the above captioned, and hereby assign and convey directly to the above named healthcare provider(s), as my designated Authorized Representative(s), all medical benefits and/or insurance reimbursement, if any, otherwise payable to me for services rendered from such provider(s), regardless of such provider's managed care network participation status. I understand that I am financially responsible for all charges regardless of any applicable insurance or benefit payments. I hereby authorize the above named provider(s) to release all medical information necessary to process my claims under HIPAA. I hereby authorize any plan administrator or fiduciary, insurer and my attorney to release to such provider(s) any and all plan documents, insurance policy and/or settlement information upon written request from such provider(s) in order to claim such medical benefits, reimbursement or any applicable remedies. I authorize the use of this signature on all my insurance and/or employee health benefits claim submissions.
   I hereby convey to the above named provider(s), to the full extent permissible under the law and under any applicable emplo___ ___ ___ policies or liability claim, any claim, chose in action, or other right I may have to suc___ ___ tortfeasor insurer(s) under any applicable insurance policies, emplo___ 2014-01-10 ___ medical expenses incurred as a result of the medical services I receiv R19602495 ___ extent permissible under the law to claim or lien such medical benef 1952-01-28 ___ licable remedies, including, but are not limited to, (1) obtaining infor___ 288606 ___ gnor; (2) submitting evidence; (3) making statements about facts or law, ___ ___ notice about appeal proceedings; and (5) any administrative and judicial actions by such provider(s) to pursue such ___, chose in action or right against any liable party or employee group health plan(s), including, if necessary, bring suit by such provider(s) against any such liable party or employee group health plan in my name with derivative standing but at such provider(s) expenses. Unless revoked, this assignment is valid for all administrative and judicial reviews under PPACA, ERISA, Medicare and applicable federal or state laws. A photocopy of this assignment is to be considered as valid as the original. I have read and fully understand this agreement.

X _____   1-8-14
Signature of Insured / Guardian   Date