| UNITED STATES DISTRICT COURT | § | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 31, 2016
David J. Bradley, Clerk

RedOak Hospital, LLC, §
§
      Plaintiff, §
§
versus § Civil Action H-16-1542
§
AT&T Inc., et al., §
§
      Defendants. §

## Order Granting Extension

1. By October 19, 2016, AT&T Inc., AT&T Umbrella Benefit Plan No. 1, AT&T Umbrella Benefit Plan No. 3, and Larry Ruzicka may respond. (22)

2. The initial conference set for September 6, 2016, subsists.

Signed on August 31, 2016, at Houston, Texas.

 

Lynn N. Hughes
United States District Judge