United States District Court
Southern District of Texas

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

**ENTERED**

September 01, 2016

David J. Bradley, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 16-CV-01542 |
|---|---|---|---|

| Red Oak Hospital, LLC |
|---|

| *versus* |
|---|

| AT&T, Inc., AT&T Umbrella Benefit Plan No. 1, AT&T Umbrella Benefit Plan No. 3 and Larry Ruzicka |
|---|

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Nancy Ross - Attorney in Charge<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>(312) 782-0600<br>IL 6190243 |
|---|---|

| Name of party applicant seeks to appear for: | AT&T, Inc., AT&T Umbrella Benefit Plan No. 1, AT&T Umbrella Benefit Plan No. 3 and Larry Ruzicka |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔ _____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/24/16 | Signed: *[signature]* |
|---|---|

*authorized to practice.*

The state bar reports that the applicant's status is: ~~(See attached Certificate of Good Standing)~~

| Dated: 8-31-2016 | Clerk's signature *[signature]* |
|---|---|

| **Order** |
|---|

Dated: 9-01-2016

**This lawyer is admitted *pro hac vice*.**

_____
United States District Judge