UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 06, 2016
David J. Bradley, Clerk

Red Oak Hospital §
§
versus § Civil Action 4: 16-1542
§
AT&T §
§

## Conference Memorandum

**Counsel:** Ebadullah Khan

**Representing:** P. Red Oak — in house

Nancy Ross
Charles Kelley
} D. ATT entities

Kelly Ann Clark ·     ATT in house

**Date:** September 6, 2016     **Reporter:** G. Dye

**Started:** 9:40 a.m.     **Ended:** 10:00 a.m.

At the conference, these rulings were made:

___

☒ Order to be entered.
☐ A pretrial conference is set for: _____ on _____, 2016.
☐ A hearing is set for: _____ on _____, 2016.
☐ Trial preparation to be completed by: _____, 2016.
☐ A trial is set for: _____ on _____, 2016.
    ☐ Bench    ☐ Jury (Estimated time at 5.5 hours a day _____).
☐ Joint Pretrial Order due: _____, 2016.
☒ Internal review deadline   October 24, 2016.

Lynn N. Hughes
United States District Judge