**ENTERED**
September 06, 2016
David J. Bradley, Clerk

| | |
|---|---|
| RedOak Hospital, LLC, § § § Plaintiff, § § versus § § AT&T Inc., et al., § § Defendants. § | Civil Action H-16-1542 |

## Management Order

1. On the parties' consent, AT&T Services Inc., is substituted for AT&T Inc., AT&T Umbrella Benefit Plan No. 1, AT&T Umbrella Benefit Plan No. 3, and Larry Ruzicka, all of which were improvidently joined.

2. By October 19, 2016, AT&T Services Inc., may respond to the amended complaint.

3. By 4:00 p.m., September 7, 2016, RedOak Hospital, LLC, must give AT&T Services Inc., its initial disclosures, including:
   A. Records showing the number of overnight stays from July 1, 2015, to June 30, 2016;
   B. A list of physicians; RedOak's licences;
   C. A list of medical support staff; RedOak's licenses;
   D. Amount of deductibles and co-pays collected from Patients WS, PM, and EK.

Signed on September 6, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge