IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REDOAK HOSPITAL, LLC<br><br>      Plaintiff,<br><br>v.<br><br>AT&T SERVICES, INC.<br><br>      Defendant. | Case No. 16-cv-1542-lnh |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant AT&T Services, Inc. moves to dismiss plaintiff RedOak Hospital, LLC's First Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). AT&T Services' arguments in support of its motion are set out in the accompanying memorandum.

Date: October 19, 2016

Respectfully submitted,

/s/ Laura R. Hammargren
Nancy G. Ross
Laura R. Hammargren
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
T: (312) 791-0600
F: (312) 701-7711

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      I, Laura R. Hammargren, certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants on October 19, 2016.

                                                      */s/  Laura R. Hammargren*

                                                      Attorney for Defendant