IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| REDOAK HOSPITAL, LLC<br><br>    Plaintiff,<br><br>    v.<br><br>AT&T SERVICES, INC.<br><br>    Defendant. | Case No. 16-cv-1542-lnh |

**ORDER ON DEFENDANT AT&T SERVICES, INC.'S MOTION TO DISMISS**

Defendant AT&T Services, Inc. has filed a motion to dismiss plaintiff RedOak Hospital, LLC's First Amended Complaint. Having considered AT&T Services' motion and RedOak's response, if any, the Court is granting AT&T Services' motion.

IT IS ORDERED that this case be dismissed with prejudice.


Signed: _____, 2016          _____

                                          United States District Judge
                                          Lynn N. Hughes