IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **REDOAK HOSPITAL, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**AT&T SERVICES, INC.**<br><br>**Defendant.** | **Case No. 16-cv-1542-lnh** |

## DECLARATION OF NANCY G. ROSS

I, Nancy G. Ross, the undersigned, hereby declare:

1. I am an attorney at law licensed to practice in Illinois and have been authorized to appear in the above-captioned litigation *pro hac vice*.

2. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

3. Attached hereto as Exhibit A is a June 28, 2016 email between myself and RedOak Hospital, LLC's counsel, Ebad Khan.

4. Attached hereto as Exhibit B is a true and correct copy of the transcript of the September 6, 2016 in-chambers conference before the Honorable Judge Lynn N. Hughes.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2016

/s/ *Nancy G. Ross*
Nancy G. Ross