IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **REDOAK HOSPITAL, LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**AT&T SERVICES, INC.**<br><br>**Defendant.** | Case No. 16-cv-1542-lnh |

## ORDER ON DEFENDANT AT&T SERVICES, INC.'S MOTION TO STRIKE

Defendant AT&T Services, Inc. ("AT&T") has filed a motion to strike Plaintiff RedOak Hospital, LLC's Second Amended Complaint and requested that the Court grant AT&T's motion to dismiss the First Amended Complaint (Dkt. 33).

Having considered AT&T's motions and RedOak's responses, the Court grants AT&T's motion to strike the Second Amended Complaint, and further grants AT&T's motion to dismiss the First Amended Complaint.

IT IS ORDERED that the Second Amended Complaint is stricken and Plaintiffs' First Amended Complaint is dismissed with prejudice.

Signed: _____, 2016      _____
                                                                   United States District Judge Lynn N. Hughes