| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
January 24, 2017
David J. Bradley, Clerk

RedOak Hospital, LLC, §
§
Plaintiff, §
§
versus §   Civil Action H-16-1542
§
AT&T Inc., et al., §
§
Defendants. §

## Management Order

1. RedOak Hospital's second amended complaint is struck. (39) (41)

2. By February 3, 2017, RedOak will file a third amended complaint that abandons its non-ERISA claims.

3. By February 3, 2017, RedOak will file a brief explaining (a) why the court should allow its claim against United HealthCare Services, Inc., and (b) under what theory it has a claim for attorneys' fees.

Signed on January 23, 2017, at Houston, Texas.

Lynn N. Hughes
United States District Judge