IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REDOAK HOSPITAL, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:16-CV-01542 |
| | § | |
| AT&T SERVICES, INC., et al, | § | |
| *Defendants*. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses its suit with prejudice.[1]

Respectfully submitted,

*/s/ Howard L. Steele, Jr.*
Howard L. Steele, Jr.
Attorney-In-Charge
State Bar No.:  24002999
Federal Bar No.  21615
One Allen Center, Penthouse
500 Dallas, Suite 3440
Houston, Texas 77002
Telephone:  (713) 659-2600
Facsimile:  (713) 659-2601
hsteele@steele-law-group.com

ATTORNEY FOR PLAINTIFF

---

[1] At this time, Defendants have not filed an answer or motion for summary judgment.  Although Defendants have filed motions to dismiss, such motions are insufficient to prevent a voluntary dismissal under Rule 41(a)(1)(A)(i). *See In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), as revised (May 15, 2015) ("Rule 41(a)(1)(A)(i) 'means precisely what it says' by stating that **only the filing of an answer or motion for summary judgment terminates the plaintiff's unilateral right to dismiss the action by notice**.") (emphasis added) (citation omitted); *see also Exxon Corp. v. Maryland Cas. Co.*, 599 F.2d 659, 661 (5th Cir. 1979) (explaining that a Plaintiff's "right [to voluntarily dismiss pursuant to Rule 41(a)(1)(A)(i)] is not cut off by a motion to dismiss") (citation omitted).

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of this Notice of Voluntary Dismissal was delivered to all counsel in this matter listed below via the United States District Court, Southern Division of Texas, Houston Division, ECF system.

Nancy G. Ross
Laura R. Hammargren
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
T: (312) 791-0600
F: (312) 701-7711

Andrew G. Jubinsky
Raymond E. Walker
**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
Telephone: (214) 939-2000
Facsimile: (214) 939-2090

                */s/ Howard L. Steele, Jr.*