UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
February 07, 2017
David J. Bradley, Clerk

| | |
|---|---|
| RedOak Hospital, LLC, § § Plaintiff, § § versus § § AT&T Inc., et al., § § Defendants. § | Civil Action H-16-1542 |

# Voluntary Dismissal

Having been advised that RedOak Hospital, LLC, no longer wishes to pursue its claims against AT&T Inc., Larry Ruzicka, AT&T Savings and Security Plan, AT&T Umbrella Benefit Plan No. 1, AT&T Umbrella Benefit Plan No. 3, AT&T Services, Inc., and United HealthCare Services, Inc., this case is dismissed with prejudice. (47)

Signed on February 6, 2017, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge